UNITED STATES of America,
Plaintiff–Appellee,

v.

Attrice BROOKS, a.k.a. Pops,
Defendant–Appellant.

No. 05–11158
Non–Argument Calendar.
D.C. Docket No. 04–00241–
CR–T–23–EAJ.

United States Court of Appeals,
Eleventh Circuit.

Sept. 23, 2005.

Thomas H. Ostrander, Abradenton, FL, for Defendant–Appellant.

David Paul Rhodes, United States Attorney's Office, Tampa, FL, Plaintiff–Appellee.

Before BLACK, CARNES and MARCUS, Circuit Judges.

PER CURIAM:

Thomas H. Ostrander, appointed counsel for Attrice Brooks in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Brooks's conviction and sentence are **AFFIRMED**.